**IT IS SO ORDERED.**

Dated: 10:33 AM July 01 2010

BK1004324
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE:

Sara A. Dauterman

                Debtor

Case No. 10-50757

Chapter 7
Judge Shea-Stonum

**ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT   919 REED AVENUE,  AKRON, OH 44306**

     This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant").  (Docket **10**).  Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.  No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 919 Reed Avenue Akron, OH 44306.

###

SUBMITTED BY:

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Sara A. Dauterman - Debtor
334 E. Baird Avenue
Barberton, OH 44203
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Marc P Gertz, Esq. - Attorney for Debtor
11 S Forge St
Akron, OH 44304
mpgertz@goldman-rosen.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Phillip Conley - Creditor
3400 Squires Bend
Cuyahoga Falls, OH 44223
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Robert S. Thomas, II - Trustee
One South Main Street, 2nd Floor
Akron, OH 44308
rsttrustee@yahoo.com
VIA ELECTRONIC SERVICE